No. 74–6714. MARCHESANI ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–6721. DUFFY *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 74–6722. MOORE *v.* WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 74–6724. MONTANO-SEVILLA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 74–6725. McGINNESS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–6726. ORBIZ, AKA LLACA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 74–6727. EPPERSON *v.* SCHOENBERGER ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–6728. KNIGHT *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 74–6729. THORNTON *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 74–6730. GARDNER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–6732. RESNICK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–6739. RAITPORT *v.* BALLARD ET AL. C. A. 3d Cir. Certiorari denied.